IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
DISTRICT COURT
OF MARYLAND
2002 DEC 20 P 1: 42
CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY

IN RE PAUL L. HORNEMAN  and  :
KATHLEEN L. HORNEMAN,          :
              Debtors                       :

              :    :    :    :    :         :

A.E. HASPERT CONTRACTING,   :              CIVIL NO.   AMD 02-3465
LLC,                                       :
              Appellant                  :

              v.                              :              BANKRUPTCY CASE NO.
                                             :              02-5-5904-SD

                                             :

PAUL and KATHLEEN HORNEMAN,  :
              Appellees                  :

...o0o...

MEMORANDUM

This is an appeal from an order of the bankruptcy court, presenting the issue of

whether that court erred in allowing the debtors to avoid a judicial lien pursuant to 28 U.S.C.

§ 522(f0. Appellees have moved to dismiss the appeal, seasonably pointing out that appellant

had failed to comply with relevant rules applicable to an appeal to the district court. Appellee

has opposed the motion to dismiss. Nevertheless, appellee has not bothered to correct the

deficiencies in its presentation. In particular, this court has not been provided with the oral

opinion of the bankruptcy judge. Merely providing a copy of the Order appealed from plainly

does not comply with Local Rule 403.1.b. (D.Md. 2001)("Appellant shall  provide with the

opening brief a copy of the Bankruptcy Court opinion and order form which the appeal is

being taken."). Accordingly, the appeal shall be dismissed.

Filed: December 20, 2002

ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE