IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 DEC 20  P 1:42

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

| | |
|---|---|
| IN RE PAUL L. HORNEMAN and KATHLEEN L. HORNEMAN, Debtors | |
| A.E. HASPERT CONTRACTING, LLC, Appellant | CIVIL NO.  AMD 02-3465 |
| v. | BANKRUPTCY CASE NO. 02-5-5904-SD |
| PAUL and KATHLEEN HORNEMAN, Appellees | |

...oOo...

## ORDER

In accordance with the foregoing Memorandum, it is this 20th day of December, 2002, by the United States District Court for the District of Maryland,

(1) ORDERED that the motion to dismiss appeal is GRANTED and THIS APPEAL IS DISMISSED; and it is further

(2) ORDERED that the Clerk of the Court shall CLOSE THIS CASE and TRANSMIT copies of this Order and the foregoing Memorandum to counsel of record, to appellants pro se and to the Clerk of the United States Bankruptcy Court for this District.

_____
ANDRÉ M. DAVIS
United States District Judge